Case 5:16-cv-00152   Document 5   Filed on 08/10/16 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| **DAVID KILLAM,** § § § | |
| Plaintiff, § | |
| VS. § | **CIVIL ACTION NO. 5:16-CV-152** |
| § § | |
| **CHARTIS PROPERTY CASUALTY CO.,** *et al.,* § § | |
| Defendants. § § | |

## ORDER

Recently, Plaintiff filed a motion to remand this case citing several errors committed by Defendants in the procedures governing removal to federal court. (Dkt. 3.) Rather than contest these ostensible errors in the removal procedures, Defendants have instead submitted with Plaintiff a joint motion to remand. (Dkt. 4.) As such, the parties' joint motion to remand (Dkt. 4) is hereby GRANTED, with fees and costs being taxed according to the parties' agreement. This case is now REMANDED to the 49th DISTRICT COURT OF WEBB COUNTY, TEXAS where it was filed as Cause No. 2016CVF001099 D1.

IT IS SO ORDERED.

SIGNED this 10th day of August, 2016.

_____
Diana Saldaña
United States District Judge